United States District Court
Southern District of Georgia

Anthony Oliver,                                    Case No: 4:CV-19-00125
                                                              WTM-CLR
    Plaintiff,

v.

Lyft, Inc., a Delaware
Corporation.

PLAINTIFF'S BRIEF IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL ARBITRATION, AND ORDER THAT THE DEFENDANT PAY ARBITRATION FILING FEES AND DISMISS THIS ACTION WITHOUT PREJUDICE

Plaintiff Anthony Oliver, ("Plaintiff") hereby files his motion Compel Arbitration, to seek an order of this court ordering Defendant to pay their Arbitration filing fees within 15 days or 10 days of the Court's order, and dismiss this action. In support of the Plaintiff's motion, Plaintiff shows as follows:

I. INTRODUCTION

On March 21, 2019, Plaintiff filed a putative class action against Defendant Lyft, Inc., ("Lyft") for alleged violations of the Telephone Consumer Protection Act, 47 U.S.C 227., et seq., ("TCPA").

Plaintiff alleges that Lyft violated the TCPA by way of sending Plaintiff unsolicited text messages after Plaintiff revoked his consent. Plaintiff further alleges that Lyft once again sent Plaintiff a volley of text messages after Plaintiff texted back and in his reply, entered "Stop".

Despite being placed on notice, and then advanced notice, Lyft sent another text message. Accordingly, Plaintiff commenced this action in the United States District Court, the Northern District of California. The Court there transferred the case to the Southern District of Georgia. The parties agreed to Arbitrate their claims in Arbitration, and now Plaintiff moves the Court to Compel Arbitration, an order compelling Lyft to pay their respective Arbitration filing fees, and dismiss this action.

## II. LEGAL STANDARD

The Federal Arbitration Act, ("FAA"), permits [a] party aggrieved by the alleged failure, neglect, or refusal of another to Arbitrate under a written agreement for Arbitration [to] Any United States District Court, for an order directing that... Arbitration proceed in the manner provided for [the Arbitration] agreement. 9 U.S.C. Section 4.

The Supreme Court has stated that the FAA espouses a general policy favoring Arbitration agreements. See AT+T Mobility v. Conception ___ US___, 131 131 S. Ct. 1740, 1743-46, 179 L. Ed. 2d 742 (2011). Federal Courts are required to rigorously enforce an agreement to Arbitration. See Id.

Courts are also directed to resolve any ambiguities as to the scope of the Arbitration clause itself... in favor of Arbitration. Volt info Sci3 Inc, v. Bd of Trs. of Ireland Stafford Jr., Univ, 489 U.S. 468, 476-77, 109 S. Ct. 1248, 103 L.zd 488 (1989).

The Court must now Consider whether the Arbitration agreement is valid, and if the Court determines that the agreement is enforceable, must enter an order for Arbitration.

1. The Arbitration is valid and enforceable

To make things short for the Court, and help the Court ease its docket, Plaintiff, for this case only, and due to Plaintiff being incarcerated, Plaintiff hereby asks the Court to grant Plaintiffs motion to Compel Arbitration, as well as grant the Defendants motion to Compel Arbitration.

2. Plaintiff asks the Court to order Lyft to Pay their AAA Filing Fees

To date, Defendant Lyft has blantently refused to pay the AAA the respective filing fee to initiate AAA proceedings and likely will not do so unless ordered by this Court. Accordingly, Plaintiff asks the Court to order Lyft to pay the filing fee to the AAA, and dismiss this case.

## CONCLUSION

Plaintiff resquests that this Court grant his motion to Compel Arbitration, order Lyft to pay the AAA filing fee, and dismiss this action.

Dated: June 17, 2019

Plaintiff Anthony Oliver
Appearing Pro se.

## CERTIFICATE OF SERVICE

A copy will be served on all parties.

Dated: June 17, 2019

4

June 17, 2019

Mr. Walker Prescott

Please find enclosed a motion to Compel Arbitration in Case # 4:19-CV-00125-WTM-CLR. The Case is titled Oliver v. Lyft, Inc.

I have two similiar cases and I have filed a Motion to Compel Arbitration in both cases so the enclosed motion might look similiar to one I already mailed to you.

Please file the enclosed motion at your Conveinence. Thank you.

Regards,

Anthony Oliver

Anthony Oliver #2019040074
Chatham County Detention Facility
1050 Carl Griffin Drive
Savannah, Georgia 31405

Attn:
Mr. Walker Prescott
Civil Clerics office

**Cleared**
**U.S. Marshals Service**

United States District Court - Savannah Div.
Attn: Mr. Walker Prescott
125 Bull Street
Savannah, Georgia 31401