United States District Court
Southern District of Georgia

Anthony Oliver,

    Plaintiff,

v.

Lyft, Inc.

    Defendant.

Case No: CV419-125

Plaintiff's Notice of Appeal

Pursuant to Federal Rules of Appellate Procedure 3 and 4, and consistent with 28 U.S.C. Section 1291, notice is hereby given that Plaintiff Anthony Oliver appeals to the United States Court of Appeals for the Eleventh Circuit the order adopting the Magistrates Report and Recommendation on October 21, 2019 (Dkt # 55), in furtherance of the Final Order of the District Court, which declared Plaintiff a vexatious litigant.

Dated: December 18, 2019

Anthony Oliver, Pro Se
Long County Prison
PO Box 70
1434 U.S. Hwy 84 East
Ludowici, Georgia 31316

Certificate of Service:

I, Anthony Oliver certify that a copy of this document will be sent to all parties of record.

Dated: December 18, 2019

_____

Anthony Oliver, Pro se



Anthony Oliver #100266O648
Po Box 70
Ludowici, Georgia 31316

Sender: Please add the housing unit to address of inmate.

Attn:
Henry Logan

Legal Mail

United States District Court
Southern District of Georgia
125 Bull Street
Savannah, Georgia 31401

31401-375281

Legal Mail

"The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address."

Attn: Herb Logan