# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| ANTHONY OLIVER, | ) |
| Plaintiff, | ) |
| v. | ) CV419-125 |
| LYFT, INC. *et al.*, | ) |
| Defendants. | ) |

## ORDER

The district judge adopted the undersigned's recommendation that *pro se* plaintiff Anthony Oliver's filings in this case—and any other case he files—be restricted, due to the vexatious character of his litigation. *See* doc. 56. Oliver appealed that order. *See* doc. 59. That appeal is still pending, as is Oliver's appeal of the same Order in a virtually identical case. *See Oliver v. Lyft, Inc.*, CV419-063 (S.D. Ga.).

As the appeal of the Court's order remains pending, it is not clear whether and under what terms Oliver might continue to prosecute this case. Accordingly, the Clerk is **DIRECTED** to **ADMINSTRATIVELY TERMINATE** all motions currently pending in this case until the Court

of Appeals has ruled. Docs. 46, 50, 51. Upon the entry of the Court of Appeals disposition by the district judge, the Clerk is **DIRECTED** to reinstate all motions currently pending.

    **SO ORDERED,** this <u>6th</u> day of March, 2020.

                                                  /s/ Christopher L. Ray
                                          CHRISTOPHER L. RAY
                                          UNITED STATES MAGISTRATE JUDGE
                                          SOUTHERN DISTRICT OF GEORGIA